UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 26, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KHARI MOORE, ) <br> ) <br> Defendant. ) | Case No. 2:18-MJ-00260 DB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KHARI MOORE</u>, Case No. <u>2:18-MJ-00260 DB</u>, Charge <u>21 USC §§ 846, 841(a)(1), (b)(1)(B)(i) and (b)(1)(A)(viii)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✔ Bail Posted in the Sum of $_____

✔ Unsecured Appearance Bond – $50,000.00

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

✔ (Other) <u>With Pretrial Release Supervision and Conditions of Release as stated on the record in open court and ordered to appear before in District of Oregon on 1/3/2019.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 26, 2018</u> at <u>2:20 PM</u>.

By /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge